UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDY LAM OBAYASHI and CHRISTINE LAM BUSH,<br><br>　　　　Defendants. | Case No.18-cv-03340-NC<br><br>**ORDER DISMISSING CASE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Re: Dkt. No. 16 |

On February 27, 2019, plaintiff Ngoc Lam Che filed a notice of conditional settlement. *See* Dkt. No. 16. Accordingly, the Court VACATES the March 6, 2019, case management conference and DISMISSES this case with prejudice. The Court retains jurisdiction for 60 days from the date of this order, or further court order, in order to enforce this order and the parties' February 27, 2019, settlement terms. *Kokonnen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994). The Clerk of the Court is ORDERED to close this case.

**IT IS SO ORDERED.**

Dated: March 4, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge